RECEIVED
2026 MAR 23 A 11: 30
MIDDLE DISTRICT

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF ALABAMA**

**NORTHERN DIVISION**

2:26-cv-00160-RAH-JTA

**OMAR ANTONIO LOPEZ,** ) **Case No: 2:26-cv-01006-RAH-KFP** *Plaintiff,*

) **v.** ) **FIRST AMENDED COMPLAINT WALMART, INC. &**

) **FOR CIVIL RICO VIOLATIONS, AMERICA'S CAR-MART, INC.,** ) **USURY, &**

**BREACH OF CONTRACT** *Defendants.* ) **JURY TRIAL DEMANDED**

---

**TABLE OF CONTENTS (#0)**


- **I. JURISDICTION & THE RICO ENTERPRISE** ........................ Page 1
- **II. THE 30-MONTH WALMART LOCKOUT (2023-2026)** ........... Page 5
- **III. THE AMERICA'S CAR-MART 30% USURY TRAP** ................ Page 12
- **IV. LOSS OF PROPERTY & EX-PARTNER POSSESSION** .......... Page 18
- **V. THE FAMILY LEGACY & CIRCLE OF PROTECTION** ........... Page 23
- **VI. THE $147,000,000.00 PRAYER FOR RELIEF** ..................... Page 29
- **VII. CERTIFICATE OF SERVICE** ................................................ Page 31

## SECTION I: JURISDICTION & THE RICO ENTERPRISE

1. This Court has jurisdiction under **18 U.S.C. § 1964 (Civil RICO)** and **28 U.S.C. § 1331** (Federal Question).
2. Plaintiff, **Omar Antonio Lopez**, is a citizen of Alabama and an independent entrepreneur.
3. Defendants **Walmart** and **America's Car-Mart** operated as a coordinated enterprise to dismantle Plaintiff's business assets.
4. This enterprise utilized electronic communications and predatory credit terms to execute a pattern of racketeering.

---

## SECTION II: THE 30-MONTH WALMART LOCKOUT

5. In August 2023, Walmart Spark manually deactivated Plaintiff's account without cause or notice.
6. This lockout lasted 30 consecutive months, freezing the primary income source for Plaintiff's family.
7. Walmart's actions align with the **$100,000,000.00 FTC Judgment** regarding deceptive driver deactivations.
8. By freezing these funds, Walmart enabled Defendant Car-Mart to trigger a "debt-trap."
9. **[INSERT EXHIBIT A: SPARK DEACTIVATION PROOF]**

## SECTION III: THE AMERICA'S CAR-MART 30% USURY TRAP

10. While Plaintiff's income was frozen, America's Car-Mart enforced a **30% interest rate.**
11. This rate violates the **12.0% government interest standard** mandated for the protection of consumers.
12. This constitutes "Extortionate Credit Transactions" under federal law.
13. Car-Mart leveraged this debt to threaten the seizure of essential business assets.
14. **[INSERT EXHIBIT B: CAR-MART CONTRACT SHOWING 30%]**

## SECTION IV: LOSS OF PROPERTY & EX-PARTNER POSSESSION

15. Defendant Car-Mart continues to enforce debt for a vehicle in the possession of an ex-partner.
16. Plaintiff is being held financially liable for property he does not control.
17. This "Ghost Debt" was designed to keep Plaintiff in a state of insolvency.
18. This property seizure without mitigation is a core fact in the RICO pattern.

---

## SECTION V: THE FAMILY LEGACY & CIRCLE OF PROTECTION

19. This action honors the memory of the siblings lost: the **older sister** and **younger brother** (infants).
20. It honors the memory of the **sister** who passed in 2012 (1984–2012).
21. This filing seeks to protect the survival and prosperity of:
    - **Father**
    - **Mother**
    - **Oldest Brother**
    - **Younger Sister**
    - **Daughter**
22. The financial injury caused by Defendants was a direct assault on the stability of this household.

**SECTION VI: THE $147,000,000.00 PRAYER FOR RELIEF**

23. Plaintiff demands **$147,000,000.00** in compensatory and treble damages.
24. Plaintiff demands a **100-Unit Commercial Fleet** from America's Car-Mart.
25. Plaintiff demands a permanent injunction preventing further deactivations.
26. Plaintiff demands the establishment of the **Spark Worker Advocacy & Relief Fund**.

## SECTION VII: CERTIFICATE OF SERVICE

I, **OMAR ANTONIO LOPEZ**, certify that on this 18th day of March, 2026, I served a copy of this document to:

- **Walmart Legal Dept.** (702 S.W. 8th St, Bentonville, AR)
- **America's Car-Mart Legal Dept.** (1805 N 2nd St, Rogers, AR)

**Signed:** Omar Antonio Lopez **Date:** March 18, 2026

March 18, 2026 Evidence Exhibits available upon Defendants and Courts request

PRESS FIRMLY TO SEAL

SUSTAINABLE FORESTRY INITIATIVE Certified Sourcing www.sfiprogram.org SFI-00061

PAPER POUCH how2recycle.info

PRESS FIRMLY TO

U.S. POSTAGE PAID
PM
FAYETTEVILLE, TN 37334
MAR 18, 2026
36104
RDC 03
$17.25
S2324E502128-08

UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

9589 0710 5270 3282 3245 19

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3282 3245 19

- Expected delivery date specified f
- Domestic shipments include $100
- USPS Tracking® service included f ...ations.
- Limited international insurance.**
- When used internationally, a cust

*Insurance does not cover certain items. For ... Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Omar Antonio Lopez
Case# 2:26-CV-1006-RAH-KFP
4 Plantation Lane Apt. A
Fayetteville, TN 3734

TO: Clerk of Court U.S. District Courts, Middle District Al
One Church Street, Room B-110, Montgomery, Al
36104

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

PAPER POUCH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

SKNA